*E-FILED - 11/20/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GERARDO JERRY MENCHACA, | ) | No. C 06-2120 RMW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| ROBERT L. AYERS, Warden, | ) | |
| Respondent. | ) | |

The court having denied the instant petition for writ of habeas corpus on the merits, hereby enters judgment in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 11/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.06\Menchaca.120.jud.md.wpd